AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Southern District of Florida

| | | |
|---|---|---|
| JANELY OLMEDA<br><br><br><br><br>*Plaintiff(s)*<br>v.<br>LPP CAFÉ BOCA LLC,<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   26-CV-80501 ARTAU |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LLP CAFE BOCA LLC
c/o Karim Laitaoui, Registered Agent
422 SW 9th Street
Ft. Lauderdale, FL 33315

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Teri Guttman Valdes, Esquire
TERI GUTTMAN VALDES LLC
1533 Sunset Drive, Suite 225
Coral Gables, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Apr 30, 2026



**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court